# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE APPLICATION OF LOS ANGELES TIMES COMMUNICATIONS LLC TO UNSEAL COURT RECORDS** | Misc. Action No. 1:21-mc-16 |

## NOTICE OF APPEARANCE OF JENNIFER A. NELSON

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance in this matter as counsel for Los Angeles Times Communications LLC, and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

Dated:  March 3, 2021

*/s/ Jennifer A. Nelson*
Jennifer A. Nelson
jnelson@rcfp.org
D.C. Bar No. 1011387
REPORTERS COMMITTEE FOR
　FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

*Counsel for Applicant Los Angeles Times Communications LLC*