UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF LOS ANGELES TIMES COMMUNICATIONS LLC TO UNSEAL COURT RECORDS | Misc. Action No. 1:21-mc-16 |

## NOTICE OF APPEARANCE

Undersigned counsel hereby enters an appearance on behalf of the United States.

          Respectfully submitted,

          CHANNING D. PHILLIPS
          D.C. Bar No. 415793
          Acting United States Attorney for the
          District of Columbia

By: */s/ J.P. Cooney*
      J.P. COONEY, D.C. Bar #494026
      Assistant United States Attorney
      Chief
      Public Corruption & Civil Rights Section
      Phone: 202-252-7281
      Email: joseph.cooney@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was served via ECF to counsel for the Applicant.

*/s/ J.P. Cooney*
J.P. COONEY, D.C. Bar No. 494026
Assistant United States Attorney