# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF LOS ANGELES TIMES COMMUNICATIONS LLC TO UNSEAL COURT RECORDS | Misc. Action No. 1:21-mc-16 |

## UNOPPOSED MOTION FOR EXTENSION

On March 3, 2021, Applicant, Los Angeles Times Communications LLC, filed an application to unseal court records. The Government intends to file a response setting forth its position on the Application. Under Local Civil Rule 7(b), the United States' responsive pleading is due March 17, 2021. With Applicant's consent, the United States respectfully requests an extension of that deadline to March 31, 2021. A proposed order is attached.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    D.C. Bar No. 415793
    Acting United States Attorney for the
    District of Columbia


By: */s/ J.P. Cooney*
    J.P. COONEY, D.C. Bar #494026
    Assistant United States Attorney
    Chief
    Public Corruption & Civil Rights Section

    Judiciary Center Building
    555 4th Street, NW
    Washington, D.C. 20530
    Phone: 202-252-7281
    Email: joseph.cooney@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading and attached proposed order were served via ECF to counsel for the Applicant.

*/s/ J.P. Cooney*
J.P. COONEY, D.C. Bar No. 494026
Assistant United States Attorney
