# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF LOS ANGELES TIMES COMMUNICATIONS LLC TO UNSEAL COURT RECORDS | Misc. Action No. 1:21-mc-16 |

## NOTICE OF APPEARANCE

Undersigned counsel hereby enters an appearance on behalf of the United States in the above-captioned matter.

    Respectfully submitted,

    COREY R. AMUNDSON
    Chief, Public Integrity Section
    Criminal Division
    U.S. Department of Justice

By:    */s/ Victor R. Salgado*
    Victor R. Salgado
    D.C. Bar # 975013
    Senior Litigation Counsel
    Public Integrity Section
    Criminal Division
    U.S. Department of Justice
    Telephone: 202-353-4580
    Email: victor.salgado@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the Applicant.

Dated:  March 11, 2021    /s/ Victor R. Salgado
Victor R. Salgado
Senior Litigation Counsel
Public Integrity Section
Criminal Division
U.S. Department of Justice