# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF LOS ANGELES TIMES COMMUNICATIONS LLC TO UNSEAL COURT RECORDS | Misc. Action No. 1:21-mc-16 |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that Assistant United States Attorney Molly Gaston is entering her appearance in the above-captioned matter in the place of Assistant United States Attorney J.P. Cooney.

Respectfully Submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar Number 415793

By: *Molly Gaston*
Molly Gaston
Assistant United States Attorney
VA Bar Number 78506
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7803
Email: Molly.Gaston@usdoj.gov