# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF LOS ANGELES TIMES COMMUNICATIONS LLC TO UNSEAL COURT RECORDS | Misc. Action No. 1:21-mc-16 |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that, on April 14, 2021, it filed under seal and *ex parte* (1) the Government's Response in Opposition to Motion of Los Angeles Times Communications LLC to Unseal Sealed Motion for Leave to File Document Under Seal, Government Response in Opposition to Motion to Unseal, and Attached Exhibits; (2) a Motion for Leave to file *Ex Parte* and Under Seal.

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY
        D.C. Bar Number 415793

By:  /s/ *Molly Gaston*
      Molly Gaston
      Assistant United States Attorney
      VA Bar Number 78506
      United States Attorney's Office
      555 Fourth Street, N.W.
      Washington, D.C.  20530
      Telephone: 202-252-7803
      Email: Molly.Gaston@usdoj.gov