UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF LOS ANGELES TIMES COMMUNICATIONS LLC TO UNSEAL COURT RECORDS | Misc. Action No. 21-16 (BAH) |

## NOTICE OF APPEAL

Notice is hereby given that Los Angeles Times Communications LLC, applicant/petitioner in the above-captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's final Memorandum Opinion and Order of May 26, 2021 (1) denying the Application of Los Angeles Times Communications LLC to Unseal Court Records, ECF No. 1, and (2) denying the Motion of Los Angeles Times Communications LLC to Unseal Sealed Motion for Leave to File Document Under Seal, Government Response in Opposition to Motion to Unseal, and Attached Exhibits, ECF 11.  ECF No. 16 (Sealed Memorandum Opinion and Order dated May 26, 2021); ECF No. 17 (Redacted Memorandum Opinion and Order dated May 26, 2021).

Dated: June 7, 2021

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
ktownsend@rcfp.org
Jennifer A. Nelson
jnelson@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

*Counsel for Applicant Los Angeles Times Communications LLC*