UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF LOS ANGELES TIMES COMMUNICATIONS LLC TO UNSEAL COURT RECORDS | Misc. Action No. 1:21-mc-00016<br>The Honorable Beryl A. Howell |

**JOINT STATUS REPORT**

The United States, by and through its attorneys, the United States Attorney for the District of Columbia and the Criminal Division's Public Integrity Section (the "Government"), and Petitioner Los Angeles Times Communications LLC (the "*Los Angeles Times*") (collectively the "Parties"), respectfully submit this Joint Status Report as directed by the Court in its Minute Order of May 11, 2022.

**PROCEDURAL BACKGROUND**

On February 24, 2021, the *Los Angeles Times* petitioned this Court for an order unsealing any search warrant, application, supporting affidavits, return, docket sheet, and any other judicial records pertaining to what its Petition stated was "a search warrant obtained pursuant to Federal Rule of Criminal Procedure 41 and served on United States Senator Richard Burr in May 2020 in connection with a now-completed federal law enforcement investigation into stock sales he made following non-public congressional briefings about the novel coronavirus"—COVID-19—in early 2020 (hereinafter the "Materials"). ECF No. 1, ¶ 1.

On March 31, 2021, the Government filed a sealed motion for leave to file its opposition to that motion under seal, attaching its response as a sealed exhibit. *See* ECF No. 9. The Government's sealed motion to seal was granted that same day in a minute order.

1

On April 5, 2021, Petitioner filed a motion to unseal the Government's sealed motion for leave, along with its attachments and exhibits. *See* ECF No. 11. The Government again moved for leave to file its opposition to that motion under seal. *See* ECF No. 13. That motion for leave was granted in a minute order.

On May 26, 2021, this Court issued a Memorandum Opinion and Order denying both the *Los Angeles Times*' petition to unseal the Materials and its motion to unseal the Government's opposition filings. *See* ECF No. 17. Petitioner timely appealed. *See* ECF No. 18.

On March 18, 2022, the U.S. Court of Appeals for the District of Columbia Circuit issued an opinion remanding the matter to this Court. *See In re Application of Los Angeles Times Communications LLC to Unseal Court Records*, 28 F.4th 292 (D.C. Cir. 2022).

On May 11, 2022, following the issuance of the mandate by the D.C. Circuit, *see* ECF No. 20, the Court issued a minute order directing the Parties to file, by May 18, 2022, "a joint status report proposing a schedule for further proceedings in this matter."

## THE PARTIES' JOINT PROPOSAL FOR FURTHER PROCEEDINGS

The Parties met and conferred on May 16 and May 17, 2022, and propose the following schedule for further proceedings in this matter:

On or before June 17, 2022, the Government will file a brief in support of its current position regarding continued sealing of the Materials ("Government's Brief"). To the extent the Government seeks to file that brief under seal, either in whole or in part, it shall file simultaneously a motion to seal accompanied by proposed redactions to the Government's Brief, if any ("Motion to Seal").

In the event the Government files a Motion to Seal: Petitioner shall file any opposition to the Motion to Seal on or before June 24, 2022. The Government shall file any reply in support of its Motion to Seal by July 1, 2022.

2

Petitioner shall file its brief in response to the Government's Brief no later than (1) <u>fourteen calendar days</u> after the Court grants the Government's Motion to Seal or (2) if the Motion to Seal is denied either in whole or in part, <u>fourteen calendar days</u> after the unsealed or further unredacted Government's Brief is placed on the public docket. If the Government does not file a Motion to Seal any portion of the Government's Brief, Petitioner shall file its brief in response to the Government's Brief on or before <u>July 7, 2022</u>.

The Government shall file any reply in support of the Government's Brief no later than <u>seven calendar days</u> after Petitioner files its brief in response to the Government's Brief.

### **PETITIONER'S FURTHER PROPOSALS/THE GOVERNMENT'S POSITION**

The Parties disagree as to two issues regarding further proceedings following the D.C. Circuit's remand to this Court:

<u>First</u>, it is Petitioner's position that the Government's Brief should also address the Government's current position regarding continued sealing of the Government's prior filings in this matter (ECF Nos. 9 and 13).

<u>Second</u>, it is also Petitioner's position that the Government should be required to submit to the Court, simultaneously with the Government's Brief on <u>June 17, 2022</u>, its proposed redactions to the Materials and its prior filings in this matter (ECF Nos. 9 and 13). Petitioner further proposes that the redacted versions of those documents be placed on the public docket by the Court as soon as practicable after their submission, and before Petitioner's deadline to file its brief in opposition to the Government's Brief. Access to the Government's proposed redacted versions of the sealed Materials and filings at issue, among other things, will permit the Parties to focus their briefing on issues that are in dispute.

The Government's position in this respect is that the Court's review of the Parties' briefs and subsequent ruling on the Materials will determine the scope, if any, of any potential unsealing

3

regarding the Government's prior filings in this matter. Accordingly, any such unsealing should occur only after the Court has ruled on the Materials.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                DC Bar No. 481052

                */s/ Molly Gaston*
                Molly Gaston
                VA Bar No. 78506
                Assistant United States Attorney
                United States Attorney's Office
                650 D Street, N.W.
                Washington, D.C. 20004
                Telephone: 202-252-7803
                Molly.Gaston@usdoj.gov

                COREY R. AMUNDSON
                CHIEF, PUBLIC INTEGRITY SECTION
                Criminal Division
                U.S. Department of Justice

                */s/ Victor R. Salgado*
                Victor R. Salgado
                D.C. Bar # 975013
                Senior Litigation Counsel
                Public Integrity Section
                Criminal Division
                U.S. Department of Justice
                Telephone: 202-353-4580
                victor.salgado@usdoj.gov

                */s/ Katie Townsend*
                Katie Townsend
                DC Bar No. 1026115
                Grayson Clary
                DC Bar No. 1735810
                THE REPORTERS COMMITTEE FOR
                FREEDOM OF THE PRESS

        1156 15th Street NW, Suite 1020
        Washington, DC 20005
        Phone: 202.795.9300
        Facsimile: 202.795.9310
        ktownsend@rcfp.org
        gclary@rcfp.org

        *Counsel for Petitioner Los Angeles Times Communications LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record in this matter.


Dated:  May 18, 2022                                      */s/ Victor R. Salgado*
                                                                                        Victor R. Salgado
                                                                                        Senior Litigation Counsel
                                                                                       Public Integrity Section
                                                                                       Criminal Division
                                                                                       U.S. Department of Justice