UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF LOS ANGELES TIMES COMMUNICATIONS LLC TO UNSEAL COURT RECORDS | Misc. Action No. 1:21-mc-00016 (BAH) |

### UNITED STATES' RESPONSE TO COURT'S MINUTE ORDER

The United States, by and through its attorneys, the United States Attorney for the District of Columbia and the Criminal Division's Public Integrity Section (the Government), respectfully submits this response to the Court's Minute Order of May 19, 2022.

In its Minute Order, the Court directed the Government to clarify whether the Government was acknowledging the existence of "the Materials" sought by petitioner in this matter, noting that such acknowledgment "puts this matter in a different posture." 5/19/22 Minute Order. The Government now acknowledges the existence of the Materials, for reasons that include the public recognition of the Government's investigation by other individuals and entities, as noted by the Court in its Minute Order. Accordingly, the Government agrees with the Court that this matter is now in a different posture as a result of this acknowledgment. The Court rightly previously determined that "[i]n closed investigations, not acknowledged by the government, public access to materials has historically been limited . . . ." ECF No. 17 at 10. The Government notes—and will set forth in its briefing in this matter—that a strong basis remains for the vast majority of the Materials to remain sealed, notwithstanding the Government's acknowledgment of their existence, because of compelling privacy and grand jury secrecy interests.

Respectfully submitted,

1

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar No. 481052


*/s/ Molly Gaston*
MOLLY GASTON
VA Bar No. 78506
Assistant United States Attorney
United States Attorney's Office
650 D Street, N.W.
Washington, D.C. 20004
Telephone: 202-252-7803
Molly.Gaston@usdoj.gov


COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

*/s/ Victor R. Salgado*
Victor R. Salgado
D.C. Bar # 975013
Senior Litigation Counsel
Public Integrity Section
Criminal Division
U.S. Department of Justice
Telephone: 202-353-4580
victor.salgado@usdoj.gov