IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF LOS ANGELES TIMES COMMUNICATIONS LLC TO UNSEAL COURT RECORDS | Misc. Action No. 1:21-mc-16 |

## UNITED STATES' RESPONSE TO COURT'S 8/29/22 ORDER

On August 29, 2022, the Court issued an Opinion and ordered the Government to file publicly (1) a redacted version of the Revised Redacted Search Warrant Materials, and (2) its Sealed Opposition, ECF No. 12, with redactions consistent with the Court's Opinion. ECF No. 35 at 21. Through this filing, the Government does so. *See* Ex. 1 (Revised Redacted Search Warrant Materials), Ex. 2 (Redacted Sealed Opposition).

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>D.C. Bar Number 481052 | COREY R. AMUNDSON<br>Chief, Public Integrity Section<br>Criminal Division<br>U.S. Department of Justice |
| /s/ *Molly Gaston*<br>Molly Gaston<br>Assistant United States Attorney<br>VA Bar Number 78506<br>United States Attorney's Office<br>601 D Street NW<br>Washington, D.C. 20530<br>Telephone: 202-252-7803<br>Email: Molly.Gaston@usdoj.gov | /s/ *Victor R. Salgado*<br>Victor R. Salgado<br>D.C. Bar # 975013<br>Senior Litigation Counsel<br>Public Integrity Section<br>Criminal Division<br>U.S. Department of Justice<br>Telephone: 202-353-4580<br>Email: victor.salgado@usdoj.gov |